## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| STEVE FREMPONG AND AGNES FREMPONG, | : | No. 494 EAL 2019 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLAN RICHARDSON AND LASHANA WHITAKER, | : | |
| | : | |
| Respondents | : | |
| STEVE FREMPONG AND AGNES FREMPONG, | : | No. 497 EAL 2019 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLAN RICHARDSON AND LASHANNA WHITAKER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.